<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 3.2 Final//EN">
<html dir=ltr>

<head>
<style>
a:link {font:8pt/11pt verdana; color:FF0000}
a:visited {font:8pt/11pt verdana; color:#4e4e4e}
</style>

<META NAME="ROBOTS" CONTENT="NOINDEX">

<title>The page cannot be found</title>

<META HTTP-EQUIV="Content-Type" Content="text-html; charset=Windows-1252">
</head>

<script> 
function Homepage(){
<!--
// in real bits, urls get returned to our script like this:
// res://shdocvw.dll/http_404.htm#http://www.DocURL.com/bar.htm 

//For testing use DocURL = "res://shdocvw.dll/http_404.htm#https://www.microsoft.com/bar.htm"
DocURL = document.URL;

//this is where the http or https will be, as found by searching for :// but skipping the res://
protocolIndex=DocURL.indexOf("://",4);

//this finds the ending slash for the domain server 
serverIndex=DocURL.indexOf("/",protocolIndex + 3);

//for the href, we need a valid URL to the domain. We search for the # symbol to find the begining 
//of the true URL, and add 1 to skip it - this is the BeginURL value. We use serverIndex as the end marker.
//urlresult=DocURL.substring(protocolIndex - 4,serverIndex);
BeginURL=DocURL.indexOf("#",1) + 1;

urlresult=DocURL.substring(BeginURL,serverIndex);

//for display, we need to skip after http://, and go to the next slash
displayresult=DocURL.substring(protocolIndex + 3 ,serverIndex);

InsertElementAnchor(urlresult, displayresult);
}

function HtmlEncode(text)
{
return text.replace(/&/g, '&').replace(/'/g, '"').replace(/</g, '<').replace(/>/g, '>');
}

function TagAttrib(name, value)
{
return ' '+name+'="'+HtmlEncode(value)+'"';
}

function PrintTag(tagName, needCloseTag, attrib, inner){
document.write( '<' + tagName + attrib + '>' + HtmlEncode(inner) );
if (needCloseTag) document.write( '</' + tagName +'>' );
}

function URI(href)
{
IEVer = window.navigator.appVersion;
IEVer = IEVer.substr( IEVer.indexOf('MSIE') + 5, 3 );

return (IEVer.charAt(1)=='.' && IEVer >= '5.5') ?
encodeURI(href) :
escape(href).replace(/%3A/g, ':').replace(/%3B/g, ';');
}

function InsertElementAnchor(href, text)
{
PrintTag('A', true, TagAttrib('HREF', URI(href)), text);
}

//-->
</script>

<body bgcolor="FFFFFF">









<!--Problem-->The page cannot be found










The page you are looking for might have been removed, had its name changed, or is temporarily unavailable.














Please try the following:





If you typed the page address in the Address bar, make sure that it is spelled correctly.





Open the 

<script>
<!--
if (!((window.navigator.userAgent.indexOf("MSIE") > 0) && (window.navigator.appVersion.charAt(0) == "2")))
{ 
Homepage();
}
//-->
</script>

home page, and then look for links to the information you want.



Click the Back button to try another link.





HTTP 404 - File not found

Internet Information Services







Technical Information (for support personnel)





More information:

Microsoft Support












</body>
</html>